**Opinion filed August 31, 2011**



# In The

# Eleventh Court of Appeals

—————

## No. 11-10-00165-CR

—————

## EDDIE DEAN FOSTER, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR36160**

### MEMORANDUM OPINION

Eddie Dean Foster has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 31, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Hill, J.